JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR WEED, | Case No. EDCV 11-1862-R (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| RALPH M. DIAZ, Acting Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: _Feb. 5, 2013_

                                       MANUEL L. REAL
                                       UNITED STATES DISTRICT JUDGE